## SCHEDULE A

| 1. Cause of Action | 2. Plaintiff | 3. Musical Composition | 4. Writers | 5. Date of Publication | 6. Certificate of Registration Number | 7. Date of Known Infringement |
|---|---|---|---|---|---|---|
| 1. | WB MUSIC CORP.<br><br>AVALON WAY MUSIC | THIS THING CALLED WANTIN AND HAVIN IT ALL | Dave Loggins<br><br>Ronnie Samoset (Ronald Santaniello) | August 29, 1995 | PA 774-171 | February 13, 2015 |
| 2. | DUKE OF EARLE<br><br>LORIMAR MUSIC A CORP. | COPPERHEAD ROAD | Stephen F. Earle | September 28, 1988 | PA 396-443 | February 13, 2015 |
| 3. | LIT UP MUSIC | LIT UP | Jonathan Brightman<br><br>Devon Glenn<br><br>Keith Nelson<br><br>Joshau Todd Gruber (p/k/a/ Joshua Todd) | April 6, 1999 | PA 967-963 | February 13, 2015 |